UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEMARCUS STEWART, individually, and on behalf of all other similarly situated consumers,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP.; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 5:22-cv-02998-VKD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 32 |

Upon receipt of the June 6, 2023 Status Report by the Parties informing this Court of an individual settlement, this case is hereby dismissed with prejudice, each party to bear its own costs.

Dated: June 12, 2023

Hon. Virginia K. DeMarchi
United States Magistrate Judge